ACCEPTED
08-21-00063-CV
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
4/27/2021 7:44 PM
ELIZABETH G. FLORES
CLERK

# EDUARDO N. LERMA, SR.

## ATTORNEY & COUNSELOR AT LAW

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS

4/27/2021 7:44:44 PM

ELIZABETH G. FLORES
Clerk

April 27, 2021

Court of Appeal — Eighth District of Texas
Attention:  Maria Alqueza, Deputy Clerk
El Paso County Courthouse
500 E. San Antonio Street, Suite 1203
El Paso, Texas 79901-2408

RE:        Court of Appeals Number: 08-21-00063-CV
           Trial Court Case Number: 19-11-23264-CVR

Style:     Cesario Urias, Cesario V. Urias, Joel Urias and Sonia Urias
           v.
           Owl Springs North, LLC, Owl Springs Holdings, LLC, and Barbara Prewit

*Ref:*       *Response to Court's Notice of Appeal not timely perfected*

To the Honorable Justices of this Court:

        In response to the issue of an untimely *Notice of Appeal*, my response is as follows:

1.      My office strictly follows the Civil Appeals instructions of TRAP 26.1(a).  My office followed the Rule word by word and applied this rule in this appeal.

2.      On **January 19, 2021** the *Order Granting Plaintiff's Motion for Summary Judgment* was signed and entered on January 21, 2021.

3.      On **February 16, 2021** Defendants/Appellants filed *Defendants' Motion for Plea to the Jurisdiction, Lack of Subject Matter Jurisdiction Challenge, Motion to Dismiss for Lack of Jurisdiction, and Motion for New Trial.*

4.      On **March 26, 2021** the Court heard *Defendants' Motion for Plea to the Jurisdiction, Lack of Subject Matter Jurisdiction Challenge, Motion to Dismiss for Lack of Jurisdiction, and Motion for New Trial.*

5.      After the hearing, the Court denied Defendants *Motion for Plea to the Jurisdiction* and ruled that the Court was taking the remaining issues under advisement and that the Court would issue its ruling in written form.

6.      Defendants waited and then waited and, although it ruled that the Court would make a written ruling, the Court failed to do so.

7.      Defendants waited patiently until Sunday, April 18, 2021 to file their *Notice of Appeal*, still hoping the Court would issue its written ruling as promised.

8.      Had the trial court overruled Defendants' motions on March 26, 2021, Defendants would have immediately filed their *Notice of Appeal* on the March 26, 2021 date.

9.      Then, on **April 18, 2021**, on the 89th day, Defendants timely filed their *Notice of Appeal* and accepted by the Reeves County District Clerk's Office on the same date.   Exhibit "A".

10.     On **April 19, 2021** Defendants *Notice of Appeal* was due — 90 days (April 19, 2021) from January 19, 2021 —the Court's entry of the *Order Granting Plaintiff's Motion for Summary Judgment*.

11.     On **April 22, 2021**, Defendants were notified by the Eighth Court of Appeals that their *Notice of Appeal* was untimely.

12.     On **April 25, 2021** Defendants perfected their appeal by paying the filing fee of $205.00.

13.     Defendants will be filing their Docketing Statement before the 10-day due date.

Thank you for your attention to this matter.  I remain

Very truly yours,

*Eduado N. Lerma, Sr.*

Eduardo Nicanor Lerma, Sr.

Enclosures:  Exhibit "A"

## CERTIFICATE OF SERVICE

I certify that on April 27, 2021, a true and correct copy of *Defendants' Response to Court's Notice of Appeal not timely perfected* was served, electronically through the electronic filing manager.

1.  **Hon. Mike Swanson**, 143rd District Court, *reevesco143rd@hotmail.com*

2.  **Pat Tarin, Reeves County District Clerk**, *crtadm143@co.ward.tx.us*, *reevesco143rd@hotmail.com*, fax 1-432-445-7455.

3.  **Edmund W. Robb**, *Edmund.Robb@bracewell.com*; lead attorney for Plaintiffs.

*Eduado N. Lerma, Sr.*

**Eduardo N. Lerma, Sr.**
State Bar No. 12221300
*enl1417@aol.com*
*Attorney for Defendants*



**EXHIBIT "A"**

## CASE 19-11-23264-CVR

| | | |
|---|---|---|
| OWL SPRINGS NORTH, LLC; | § | IN THE DISTRICT COURT |
| OWL SPRINGS HOLDINGS, LLC, and | § | |
| BARBARA PREWIT | § | OF |
|     Plaintiffs, | § | |
| | § | REEVES COUNTY, TEXAS |
| CESARIO URIAS; CESARIO V. URIAS; | § | |
| JOEL URIAS; & SONIA URIAS | § | 143RD JUDICIAL DISTRICT |
|     Defendants. | § | |

## NOTICE OF APPEAL

Defendants, Cesario Urias, Cesario V. Urias, Joel Urias, and Sonia Urias, parties to this case, file this Notice of Appeal seeking to alter the trial court's summary judgment or other appealable order.

The trial court case number and style of this matter are shown in the above caption.

The judgment or order appealed from was signed on JANUARY 19, 2021 entitled *Order Granting Plaintiff's Motion for Summary Judgment*.

Cesario Urias, Cesario V. Urias, Joel Urias, and Sonia Urias desire to appeal their timely filed *Defendants' Motion for Plea to the Jurisdiction, Lack of Subject Matter Jurisdiction Challenge, Motion to Dismiss for Lack of Jurisdiction, and Motion for New Trial* denied by operation of law and the granting of Plaintiffs' *Motion for Summary Judgment* because there are disputed issues of fact and affirmative defenses.

This appeal is being taken to the Eighth Court of Appeals.

This notice is being filed by Cesario Urias, Cesario V. Urias, Joel Urias, and Sonia Urias.

A copy of this notice has been served on the court reporter responsible for preparation of the trial court record:

> Breck Record
> 100 E. 4th Street
> Pecos, TX 79772
> TEL: 1-432-445-5481
> FAX: 1-432-943-5718
> EMAIL: _____
> Certified Shorthand Reporter Number: _____

Respectfully submitted,

Eduardo N. Lerma, Sr. Law Offices
1417 Montana Avenue
El Paso, Texas 79902-5617
Tel: (915) 533-0177
Fax: (915) 533-7236

*Eduado N. Lerma, Sr.*
_____
Eduardo N. Lerma, Sr.
State Bar No. 12221300
enl1417@aol.com
Attorney for Defendants Cesario Urias, Cesario V. Urias, Joel Urias and Sonia Urias

## CERTIFICATE OF SERVICE

I certify that on APRIL 18, 2021, a true and correct copy of *Defendants'*

*Notice of Appeal* was served, electronically through the electronic filing manager.

1. **Edmund W. Robb**, Texas Bar no. 24080036; Bracewell, LLP, 711 Louisiana St., Suite 2300, Houston, Texas 77002-2781; Email: *Edmund.Robb@bracewell.com*; Tel (713) 221-1237; Fax (713) 221-1212, attorneys for Plaintiff.

2. **Jazmine Adams**, Texas Bar no. 24115996; Bracewell, LLP, 711 Louisiana St., Suite 2300, Houston, Texas 77002-2781; Email: *jasmine.adams@bracewell.com*; Tel (713) 221-1237; Fax (713) 221-1212, attorneys for Plaintiff.

*Eduado N. Lerma, Sr.*

**Eduardo N. Lerma, Sr.**
State Bar No. 12221300
*enl1417@aol.com*
*Attorney for Defendants*

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Eduardo Lerma, Sr. on behalf of Eduardo Lerma, Sr.
Bar No. 12221300
enl1417@aol.com
Envelope ID: 52886915
Status as of 4/28/2021 10:36 AM MST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Eduardo NicanorLerma, Sr. | | enl1417@aol.com | 4/27/2021 7:44:44 PM | SENT |
| Eduardo N.Lerma, Sr. | | edlermaatty@gmail.com | 4/27/2021 7:44:44 PM | SENT |
| Hon. Mike Swanson | | reevesco143rd@hotmail.com | 4/27/2021 7:44:44 PM | SENT |
| Pat Tarin | | crtadm143@co.ward.tx.us | 4/27/2021 7:44:44 PM | SENT |